IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00104-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ZACHARY PAUL ANDERSON,

      Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about April 30, 2020, at the United States Penitentiary in Florence, Colorado, in the State and District of Colorado, the defendant, ZACHARY PAUL ANDERSON, did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with the victim, J.M., an officer and employee of the Federal Bureau of Prisons, an agency of a branch of the United States government, as designated in Title 18, United States Code, Section 1114, while the victim was engaged in and on account of the performance of his official duties, and did inflict bodily injury upon the victim, J.M., in the commission of such act.

All in violation of Title 18, United States Code, Section 111(a)(1) and (b).

### COUNT 2

On or about April 30, 2020, at the United States Penitentiary in Florence, Colorado,

in the State and District of Colorado, the defendant, ZACHARY PAUL ANDERSON, did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with the victim, J.B., an officer and employee of the Federal Bureau of Prisons, an agency of a branch of the United States government, as designated in Title 18, United States Code, Section 1114, while the victim was engaged in and on account of the performance of his official duties, and such acts involved physical contact with the victim, J.B.

All in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By<u>: s/Daniel R. McIntyre  </u>
Daniel R. McIntyre
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Daniel.mcintyre@usdoj.gov
Attorney for Government