| | |
|---|---|
| DEFENDANT: | Zachary Paul Anderson |
| AGE or YOB: | 1993 |
| COMPLAINT FILED? | _____ Yes   __X_____ No<br><br>If Yes, MAGISTRATE CASE NUMBER |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   x__ No<br>If No, a new warrant is required |
| OFFENSE(S): | Count 1: 18 U.S.C. § 111 - Assault on federal officer – bodily injury<br><br>Count 2: 18 U.S.C. § 111 - Assault on federal officer – physical contact |
| LOCATION OF OFFENSE: | Fremont County, Colorado |
| PENALTY: | Count 1:  18 U.S.C. § 111 - NMT 20 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment;<br><br>Count 2:  18 U.S.C. § 111 - NMT 8 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment. |
| AGENT: | Amber Cronan<br>Special Agent, Federal Bureau of Investigation |
| AUTHORIZED BY: | Daniel R. McIntyre<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X_  five days or less; ___ over five days

THE GOVERNMENT

X__  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.