AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 AUG -3 AM 10: 34

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
| v. | ) | Case No. 21-cr-00104-RM |
| | ) | |
| ZACHARY PAUL ANDERSON | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ZACHARY PAUL ANDERSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111 - Assaulting a Federal Officer

Date: 04/06/2021

s/ R. Villa, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 4/6/21, and the person was arrested on *(date)* 7/30/21 at *(city and state)* Denver, CO. | |
| Date: 7/30/21 | *Arresting officer's signature*<br><br>Paul Bliss TFO/USMS<br>*Printed name and title* |

| | |
|---|---|
| DEFENDANT: | Zachary Paul Anderson |
| AGE or YOB: | 1993 |
| COMPLAINT FILED? | _____ Yes   X _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   x   No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | Count 1: 18 U.S.C. § 111 - Assault on federal officer – bodily injury<br><br>Count 2: 18 U.S.C. § 111 - Assault on federal officer – physical contact |
| LOCATION OF OFFENSE: | Fremont County, Colorado |
| PENALTY: | Count 1:  18 U.S.C. § 111 - NMT 20 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment;<br><br>Count 2:  18 U.S.C. § 111 - NMT 8 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment. |
| AGENT: | Amber Cronan<br>Special Agent, Federal Bureau of Investigation |
| AUTHORIZED BY: | Daniel R. McIntyre<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

X __ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.

1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00104-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ZACHARY PAUL ANDERSON,

    Defendant.

---

### INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about April 30, 2020, at the United States Penitentiary in Florence, Colorado, in the State and District of Colorado, the defendant, ZACHARY PAUL ANDERSON, did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with the victim, J.M., an officer and employee of the Federal Bureau of Prisons, an agency of a branch of the United States government, as designated in Title 18, United States Code, Section 1114, while the victim was engaged in and on account of the performance of his official duties, and did inflict bodily injury upon the victim, J.M., in the commission of such act.

    All in violation of Title 18, United States Code, Section 111(a)(1) and (b).

### COUNT 2

On or about April 30, 2020, at the United States Penitentiary in Florence, Colorado,

1

in the State and District of Colorado, the defendant, ZACHARY PAUL ANDERSON, did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with the victim, J.B., an officer and employee of the Federal Bureau of Prisons, an agency of a branch of the United States government, as designated in Title 18, United States Code, Section 1114, while the victim was engaged in and on account of the performance of his official duties, and such acts involved physical contact with the victim, J.B.

All in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By<u>: s/Daniel R. McIntyre</u>
Daniel R. McIntyre
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Daniel.mcintyre@usdoj.gov
Attorney for Government

2