IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.      21-cr-00104-RM

UNITED STATES OF AMERICA,

             Plaintiff,

v.

ZACHARY PAUL ANDERSON,

             Defendant.

_____

NOTICE OF DISPOSITION
_____

       Defendant, Zachary Paul Anderson, by and through counsel, Mary V. Butterton, Assistant

Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached

in his case with the government.  The defendant would request a change of plea hearing for the

court to consider a proposed plea agreement.

       Respectfully submitted this 15th day of September, 2021.


                          Respectfully submitted,

                          VIRGINIA L. GRADY
                          Federal Public Defender


                          s/ Mary V. Butterton_____
                          MARY V. BUTTERTON
                          Assistant Federal Public Defender
                          633 17th Street, Suite 1000
                          Denver, CO  80202
                          Telephone:  (303) 294-7002
                          FAX:  (303) 294-1192
                          Mary_butterton@fd.org
                          Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Daniel McIntyre, Assistant United States Attorney
Email: Daniel_McIntyre@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Zachary Anderson (via U.S. Mail)

s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_butterton@fd.org
Attorney for Defendant