## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 21-cr-00104-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      ZACHARY PAUL ANDERSON,

      Defendant.

_____

## ORDER SETTING CHANGE OF PLEA HEARING
_____

      Pursuant to the Notice of Disposition filed on September 15, 2021 (ECF No. 16).  A Change of Plea Hearing is set for **November 22, 2021** at **10:30 a.m.  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 72 hours before the change of plea hearing**.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

      The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **November 23, 2021**,

and the four-day jury trial scheduled for **December 6, 2021** are VACATED.

DATED this 15th day of September, 2021.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge