# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-cr-00104-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ZACHARY PAUL ANDERSON,

        Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 17th day of December 2021.

                                COLE FINEGAN
                                United States Attorney

BY:    *s/ Albert C. Buchman*
            Assistant United States Attorney
            U.S. Attorney's Office
            1801 California Street, Suite 1600
            Denver, Colorado 80202
            Phone: (303) 454-0100
            Fax: (303) 454-0401
            Email: abuchman@usa.doj.gov
            Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of December 2021, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                              s/ Ian McCandless
                                              Legal Assistant
                                              U.S. Attorney's Office