IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     21-cr-00104-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ZACHARY PAUL ANDERSON,

        Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**
_____

    Mr. Zachary Anderson, by and through his attorney Mary V. Butterton, respectfully requests this Court enter an order continuing his Sentencing Hearing, currently set for February 18, 2022, to a date in mid-April 2022. In support of this request, he states as follows:

    1.    On April 6, 2021, Mr. Anderson was indicted on two violations of 18 U.S.C. § 111, Assault on a Federal Officer. Doc. 1. On July 30, 2021, Mr. Anderson was arrested pursuant to that indictment. Doc 4. Mr. Anderson is currently serving a separate federal sentence, and remains in custody pending these charges. Doc. 9.

    2.    On November 22, 2021, Mr. Anderson entered a plea of guilty to Count 1 of the Indictment; a sentencing hearing was set for February 18, 2022. Doc. 18.

    3.    In preparation for the hearing, undersigned counsel has requested Mr. Anderson's Bureau of Prisons (BOP) records. These records are only available through a Freedom of Information Act (FOIA) request; counsel has been informed that BOP will take at least three months to produce the records. These records are critical to painting a full picture of Mr. Anderson's time in the BOP as well as providing mitigating mental health information.

4.     As Mr. Anderson is currently serving an unrelated federal sentence, he is not prejudiced by this continuance.

5.     Undersigned counsel has conferred with Assistant United States Attorney Daniel McIntyre, who has no objection to this request.

WHEREFORE, Mr. Zachary Anderson respectfully moves this Court to enter an order continuing his Sentencing Hearing, currently set for February 18, 2022, to a date in mid-April 2022.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Daniel McIntyre, Assistant United States Attorney
    Email: Daniel_McIntyre@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Zachary Anderson (via U.S. Mail)

    s/ Mary V. Butterton
    MARY V. BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Mary_Butterton@fd.org
    Attorney for Defendant