IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    21-cr-00104-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ZACHARY PAUL ANDERSON,

        Defendant.

_____

**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO
APPOINT NEW COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL**
_____

The Office of the Federal Public Defender, through Mary V. Butterton, Assistant Federal Public Defender, moves to withdraw as appointed counsel for the above-named defendant.  In support of this motion, Defendant states that:

1.    Mr. Anderson was appointed counsel through the Criminal Justice Act on July 30, 2021. Doc. 6. Undersigned counsel and the Office of the Federal Public Defender ("FPD") entered an appearance on August 2, 2021. Doc. 11.

2.    The United States District Court for the District of Colorado has adopted the Colorado Rules of Professional Conduct. *See* D.C.COLO.LAttyR 2(a).  Colorado Rule of Professional Conduct 1.16 authorizes withdrawal for good cause.  *See* Colo. RPC 1.16 (2012). Undersigned counsel maintains that good cause exists for withdrawal in the present case.

3.      Colorado Rule of Professional Conduct 1.7 prevents the representation of a client

if the representation involves a concurrent conflict of interest.  See Colo. RPC 1.7 (2012).  Such a

conflict exists if:

> 1) The representation of one client will be directly adverse to another client; or
> 2) There is a significant risk that the representation of one or more clients will be
>    materially limited by the lawyer's responsibilities to another client, a former
>    client or a third person . . .

> *Id.*

4.      The FPD has a conflict of interest between Mr. Anderson and another client

represented by her office.

5.      Continued representation of Mr. Anderson would potentially violate Rules 1.7 and

1.9 of the Colorado Rules of Professional Conduct as adopted in D.C.Colo.L.CrR 57.6. The FPD

cannot fulfill its duty of loyalty to either client due to their competing interests and cannot choose

between them.  Therefore, the FPD is ethically required to file this motion to withdraw.

6.      Pursuant to D.C.Colo. L. Cr. R. 57.5.D, a copy of this motion is being mailed to

Mr. Anderson.  Because Mr. Anderson previously has been declared indigent, and to assist Mr.

Anderson in complying with these rules, this motion respectfully requests that a member of the

Criminal Justice Act Panel be appointed to represent him.

7.      Undersigned counsel will work with appointed counsel to ensure preparation for all

future court appearances and deadlines.

WHEREFORE, undersigned counsel respectfully moves this Court for an Order allowing the FPD to withdraw as counsel of record and appoint new counsel from the CJA panel.  Counsel also requests that ECF Notification be terminated.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Mary Butterton
MARY BUTTERTON
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email:  Mary_Butterton@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Daniel McIntyre, Assistant United States Attorney
Email: Daniel.McIntyre@usdoj.gov

Albert Buchman, Assistant United States Attorney
Email: Al.Buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Zachary Anderson (via U.S. Mail)

s/ Mary Butterton
MARY BUTTERTON
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email:  Mary_Butterton@fd.org
Attorney for Defendant

4