IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00104-RM-1

UNITED STATES OF AMERICA

       Plaintiff,

v.

**ZACHARY PAUL ANDERSON,**

       Defendant.

_____

## ENTRY OF APPEARANCE
_____

       John M. Richilano, of Richilano Shea LLC, hereby enters his appearance as counsel for Defendant Zachary Paul Anderson in the above-captioned matter.

       Respectfully submitted this 5th day of January 2022.

                                      *s/ John M. Richilano*
                                      John M. Richilano
                                      Richilano Shea LLC
                                      1800 15th Street, Suite 101
                                      Denver, CO 80202
                                      Telephone: (303) 893-8000
                                      Email: jmr@richilanoshea.com
                                      Attorney for Defendant Zachary P. Anderson

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January 2022 I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the following email addresses:

Daniel McIntyre
Email: daniel.mcintyre@usdoj.gov

*s/ Crystal K Hendry*
Crystal K. Hendry