IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation:  Ryan Kinsella | Date:  August 29, 2022<br>Interpreter:  n/a |

**CASE NO. 21-cr-00104-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Daniel McIntyre |
| Plaintiff, | |
| v. | |
| 1.  ZACHARY PAUL ANDERSON, | John Richilano |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING/SENTENCING HEARING**
**Court in session:  9:31 a.m.**

Appearances of counsel.   Defendant is present and in custody.

Remarks made by the Court regarding today's hearing and Defendant's motion (Doc. 39).

The Court states findings regarding Defendant's motion (Doc. 39).

**ORDERED:**  Defendant's motion (Doc. 39) is DENIED.

Mr. Richilano makes statements regarding the Court's ruling on the motion.

The Court proceeds to sentencing.

Defendant entered his plea on November 22, 2021, to Count 1 of the Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding other pending motions and objections to the Presentence Investigation Report.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

The Court states its findings and conclusions.

**ORDERED:**  Defendant's motion (Doc. 32) is DENIED.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, ZACHARY PAUL ANDERSON, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **60 months, to be served consecutively to the sentence imposed in the U.S. District Court, District of Utah case number 18-cr-00496-DAK.**

**No term of supervised release is imposed.**

**ORDERED:**  Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed, because the defendant has no ability to pay a fine.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**ORDERED:**  Government's oral motion that the defendant receive the third point for acceptance of responsibility and to dismiss Count 2 of the Indictment are GRANTED.

**Court in recess:**     10:58 a.m.
Hearing concluded.
Total time:              1:27