IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:21-cr-00104-RM-1

UNITED STATES OF AMERICA

    Plaintiff,

v.

**ZACHARY PAUL ANDERSON,**

    Defendant.

_____

**NOTICE OF APPEAL**
_____

Notice is hereby given that Defendant Zachary Paul Anderson, in the above-named case, appeals to the United States Court of Appeals for the Tenth Circuit from the judgment entered August 31, 2022, in this matter.

Respectfully submitted this 9th day of September 2022.

    *s/ John M. Richilano*
    John M. Richilano
    Richilano Shea LLC
    1800 15th Street, Suite 101
    Denver, CO 80202
    Telephone: (303) 893-8000
    Email: jmr@richilanoshea.com
    Attorney for Defendant Zachary Paul Anderson

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September 2022 I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the following email addresses:

**Daniel Robert McIntyre**
Email: daniel.mcintyre@usdoj.gov

**Albert C. Buchman**
al.buchman@usdoj.gov

*s/ Crystal Hendry*
Crystal Hendry