Query      Reports      Utilities      Help      Log Out

APPEAL,TERMED

# U.S. District Court - District of Colorado
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:21-cr-00104-RM-1

Case title: USA v. Anderson

Date Filed: 04/06/2021

Date Terminated: 08/31/2022

Assigned to: Judge Raymond P. Moore

Appeals court case number: 22-1282 USCA

### Defendant (1)

**Zachary Paul Anderson**
*TERMINATED: 08/31/2022*

represented by **John M. Richilano**
Richilano Shea, LLC
1800 15th Street
#101
Denver, CO 80202
303-893-8000
Fax: 303-893-8055
Email: jmr@richilanoshea.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Mary Virginia Butterton**
Federal Public Defender's Office-Denver
633 17th Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-7002
Email: mary_butterton@fd.org
*TERMINATED: 01/05/2022*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

18 U.S.C. § 111 - Assault on federal officer bodily injury
(1)

### Disposition

Committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of sixty (60) months, consecutive to the sentence imposed in United States District Court, District of Utah, Docket No. 2:18-CR-00486-001-DAK. Special Assessment of $100.00.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 111 - Assault on federal officer physical contact (2) | Dismissed on motion of the Government. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Daniel Robert McIntyre** <br> U.S. Attorney's Office <br> District of Colorado <br> 1801 California Street <br> Suite 1600 <br> Denver, CO 80202 <br> 303-454-0100 <br> Email: daniel.mcintyre@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Federal Agency Attorney* |
| | | **Albert C. Buchman** <br> U.S. Attorney's Office <br> 1801 California Street <br> Suite 1600 <br> Denver, CO 80202 <br> 303-454-0228 <br> Email: al.buchman@usdoj.gov <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Federal Agency Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2021 | 1 | INDICTMENT as to Zachary Paul Anderson (1) count(s) 1, 2. (Attachments: # 1 Criminal Information Sheet) (rvill, ) (Entered: 04/07/2021) |
| 04/06/2021 | 2 | RESTRICTED DOCUMENT - Level 4: as to Zachary Paul Anderson. (rvill, ) (Entered: 04/07/2021) |
| 04/06/2021 | 3 | Arrest Warrant Issued in case as to Zachary Paul Anderson. (rvill, ) (Entered: 04/07/2021) |
| 07/30/2021 | 4 | Arrest of Zachary Paul Anderson. Initial Appearance set for 7/30/2021 10:00 AM in Courtroom C201 before Magistrate Judge S. Kato Crews. (Text Only entry)(jgonz, ) |

| | | |
|---|---|---|
| | | (Entered: 07/30/2021) |
| 07/30/2021 | 5 | COURTROOM MINUTES for proceedings held before Magistrate Judge S. Kato Crews: Initial Appearance, Arraignment, Discovery, and Detention Hearing as to Zachary Paul Anderson held on 7/30/2021. Defendant present in custody. Defendant advised. Court appoints counsel. Plea of NOT GUILTY entered by defendant. Discovery memorandum executed. Defendant is not contesting detention. Defendant ORDERED detained. Defendant remanded. Counsel is directed to chambers. (Total time: 7 minutes, Hearing time: 10:21-10:28 a.m.)<br><br>**APPEARANCES**: Daniel McIntyre on behalf of the Government, David Johnson on behalf of the defendant, Pat Hanley on behalf of pretrial. FTR: Courtroom C-201. (amont, ) Text Only Entry (Entered: 07/30/2021) |
| 07/30/2021 | 6 | ORDER APPOINTING COUNSEL as to Zachary Paul Anderson by Magistrate Judge S. Kato Crews on 7/30/2021. Text Only Entry (amont, ) (Entered: 07/30/2021) |
| 07/30/2021 | 7 | CJA 23 Financial Affidavit by Zachary Paul Anderson. (amont, ) (Entered: 07/30/2021) |
| 07/30/2021 | 8 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - less than 5 days as to Zachary Paul Anderson by Magistrate Judge S. Kato Crews on 7/30/2021. (amont, ) (Entered: 07/30/2021) |
| 07/30/2021 | 9 | ORDER OF DETENTION as to Zachary Paul Anderson by Magistrate Judge S. Kato Crews on 7/30/2021. (amont, ) (Entered: 07/30/2021) |
| 08/02/2021 | 10 | ORDER Setting Trial Dates and Deadlines as to Zachary Paul Anderson. This matter has been scheduled for a four-day jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on October 4, 2021 at 9:00 a.m. On the first day of trial, counsel shall be present at 8:30 a.m. All pretrial motions shall be filed by August 20, 2021 and responses to these motions shall be filed by August 27, 2021. A Trial Preparation Conference is set for September 24, 2021 at 9:00 a.m. in Courtroom A601. Lead counsel who will try the case shall attend in person. Defendant is also required to be present. ORDERED by Judge Raymond P. Moore on August 2, 2021. (rvill, ) (Entered: 08/02/2021) |
| 08/02/2021 | 11 | NOTICE OF ATTORNEY APPEARANCE: Mary Virginia Butterton appearing for Zachary Paul AndersonAttorney Mary Virginia Butterton added to party Zachary Paul Anderson(pty:dft) (Butterton, Mary) (Entered: 08/02/2021) |
| 08/03/2021 | 12 | Arrest Warrant Returned Executed on 7/30/2021 in case as to Zachary Paul Anderson. (rvill, ) (Entered: 08/03/2021) |
| 08/20/2021 | 13 | Unopposed MOTION to Exclude *60-Days from the Requirements of the Speedy Trial Act* by Zachary Paul Anderson. (Butterton, Mary) (Entered: 08/20/2021) |
| 08/27/2021 | 15 | ORDER Granting 13 Defendant's Unopposed Motion to Exclude 60 Days from the Requirements of the Speedy Trial Act (ECF No. 13 ); **The 70-day clock, exclusive of tolled time, shall accordingly be extended from October 8, 2021** to **December 7, 2021**; The current Trial date and all pretrial deadlines and settings are hereby **VACATED**. The **four-day** jury trial is RESET for **December 6, 2021** at **9:00 a.m.** On the first day of trial, counsel shall be present at **8:30 a.m.** The Trial Preparation Conference is **RESET** for **November 23, 2021** at **3:00 p.m.**in Courtroom A601. Defendant shall have to and including **October 15, 2021** to file pretrial motions and responses to these motions shall be filed by **October 25, 2021,** by Judge Raymond P. Moore on 8/27/2012. (evana, ) (Entered: 08/27/2021) |
| 09/15/2021 | 16 | NOTICE of Disposition by Zachary Paul Anderson (Butterton, Mary) (Entered: |

| | | |
|---|---|---|
| | | 09/15/2021) |
| 09/15/2021 | 17 | ORDER SETTING CHANGE OF PLEA HEARING as to Zachary Paul Anderson. Pursuant to the Notice of Disposition filed on September 15, 2021 (ECF No. 16 ). A Change of Plea Hearing is set for November 22, 2021 at 10:30 a.m. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 72hours before the change of plea hearing. IT IS ORDERED that the trial preparation conference scheduled for November 23, 2021,and the four-day jury trial scheduled for December 6, 2021 are VACATED, by Judge Raymond P. Moore on 9/15/2021. (evana, ) (Entered: 09/15/2021) |
| 11/22/2021 | 18 | MINUTE ENTRY for proceedings held before Judge Raymond P. Moore: Change of Plea Hearing as to Zachary Paul Anderson held on 11/22/2021. Plea entered by Zachary Paul Anderson (1) Guilty Count 1. Sentencing set for 2/18/2022 03:00 PM in Courtroom A 601 before Judge Raymond P. Moore. Defendant remanded. Court Reporter: Kevin Carlin. (rkeec) (Entered: 11/22/2021) |
| 11/22/2021 | 19 | PLEA AGREEMENT as to Zachary Paul Anderson. (rkeec) (Entered: 11/22/2021) |
| 11/22/2021 | 20 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Zachary Paul Anderson. (rkeec) (Entered: 11/22/2021) |
| 12/17/2021 | 21 | NOTICE OF ATTORNEY APPEARANCE Albert C. Buchman appearing for USA. Attorney Albert C. Buchman added to party USA(pty:pla) (Buchman, Albert) (Entered: 12/17/2021) |
| 01/03/2022 | 22 | Unopposed MOTION for Order *to Continue Sentencing Hearing* by Zachary Paul Anderson. (Butterton, Mary) (Entered: 01/03/2022) |
| 01/04/2022 | 23 | ORDER granting 22 Unopposed Motion to Continue Sentencing Hearing as to Zachary Paul Anderson (1). The Sentencing Hearing set for February 18, 2022, is VACATED. Counsel are directed to contact the Court's Judicial Assistant via email (Deanne_Bader@cod.uscourts.gov), on or before the close of business on Friday, January 7, 2022, to reset the Sentencing Hearing. SO ORDERED by Judge Raymond P. Moore on 1/4/2022. (Text Only Entry) (rmsec ) (Entered: 01/04/2022) |
| 01/04/2022 | 24 | MOTION to Withdraw as Attorney *of Record and to Appoint New Counsel From the Criminal Justice Act Panel* by Mary Butterton by Zachary Paul Anderson. (Butterton, Mary) (Entered: 01/04/2022) |
| 01/05/2022 | 25 | ORDER Granting 24 Motion to Withdraw as Counsel of Record and to Appoint New Counsel from the Criminal Justice Act as to Zachary Paul Anderson (1). By Judge Raymond P. Moore on 01/05/2022. (sdunb, ) (Entered: 01/05/2022) |
| 01/05/2022 | 26 | NOTICE OF ATTORNEY APPEARANCE: John M. Richilano appearing for Zachary Paul AndersonAttorney John M. Richilano added to party Zachary Paul Anderson(pty:dft) (Richilano, John) (Entered: 01/05/2022) |
| 01/06/2022 | 27 | MINUTE ORDER as to Zachary Paul Anderson. Sentencing RESET for 6/17/2022 at 03:00 PM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 1/6/2022. (Text Only Entry) (rmsec) (Entered: 01/06/2022) |
| 02/01/2022 | 28 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Zachary Paul Anderson (Attachments: # 1 Exhibit A)(ntaka) (Entered: 02/01/2022) |
| 02/15/2022 | 29 | RESTRICTED DOCUMENT - Level 2: as to Zachary Paul Anderson. (Attachments: # 1 Appendix A)(Richilano, John) (Entered: 02/15/2022) |

| Date | # | Description |
|---|---|---|
| 06/02/2022 | 30 | RESTRICTED PRESENTENCE REPORT as to Zachary Paul Anderson (Attachments: # 1 Exhibit A)(ntaka) (Entered: 06/02/2022) |
| 06/02/2022 | 31 | RESTRICTED ADDENDUM to Presentence Report 30 as to Zachary Paul Anderson (ntaka) (Entered: 06/02/2022) |
| 06/03/2022 | 32 | RESTRICTED DOCUMENT - Level 2: as to Zachary Paul Anderson. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Richilano, John) (Entered: 06/03/2022) |
| 06/10/2022 | 33 | RESTRICTED DOCUMENT - Level 2: as to Zachary Paul Anderson. (McIntyre, Daniel) (Entered: 06/10/2022) |
| 06/14/2022 | 34 | MINUTE ORDER as to Zachary Paul Anderson. This matter is before the Court *sua sponte*. The Sentencing Hearing currently set for June 17, 2022, is VACATED. Counsel are directed to contact the Court's Judicial Assistant via email (Deanne_bader@cod.uscourts) on or before the close on June 16, 2022, to reset this matter approximately 45 days from today's date. The reason that the matter is being continued is because there is a significant possibility, in the eyes of the Court, that the Defendant is subject to the career offender guideline based on his convictions at ¶¶ 32 and 39 of the Presentence Investigation Report. The Probation Office's view on this matter will be set forth in an Addendum to be filed within 10 days of the date of this Order. Upon the filing of the Addendum, the parties shall have 10 days within which to file objections or further sentencing statements based on the Addendum. SO ORDERED by Judge Raymond P. Moore on 6/14/2022. (Text Only Entry) (rmsec ) (Entered: 06/14/2022) |
| 06/16/2022 | 35 | MINUTE ORDER as to Zachary Paul Anderson. Sentencing RESET for 8/29/2022 at 09:30 AM in Courtroom A 601 before Judge Raymond P. Moore. SO ORDERED by Judge Raymond P. Moore on 6/16/2022. (Text Only Entry) (rmsec ) (Entered: 06/16/2022) |
| 06/22/2022 | 36 | RESTRICTED REVISED PRESENTENCE REPORT as to Zachary Paul Anderson (Attachments: # 1 Exhibit A)(ntaka) (Entered: 06/22/2022) |
| 06/22/2022 | 37 | RESTRICTED SECOND ADDENDUM to Presentence Report 36 as to Zachary Paul Anderson (Attachments: # 1 Exhibit A)(ntaka) (Entered: 06/22/2022) |
| 06/28/2022 | 38 | RESTRICTED THIRD ADDENDUM to Presentence Report 36 as to Zachary Paul Anderson (Attachments: # 1 Exhibit A)(ntaka) (Entered: 06/28/2022) |
| 07/01/2022 | 39 | RESTRICTED DOCUMENT - Level 2: as to Zachary Paul Anderson. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Richilano, John) (Entered: 07/01/2022) |
| 07/11/2022 | 40 | RESTRICTED DOCUMENT - Level 2: as to Zachary Paul Anderson. (McIntyre, Daniel) (Entered: 07/11/2022) |
| 07/15/2022 | 41 | RESTRICTED DOCUMENT - Level 2: as to Zachary Paul Anderson. (Richilano, John) (Entered: 07/15/2022) |
| 08/23/2022 | 42 | RESTRICTED DOCUMENT - Level 2: as to Zachary Paul Anderson. (Richilano, John) (Entered: 08/23/2022) |
| 08/23/2022 | 43 | RESTRICTED DOCUMENT - Level 2: as to Zachary Paul Anderson. By Judge Raymond P. Moore on 8/23/2022. (sdunb, ) (Entered: 08/23/2022) |
| 08/29/2022 | 44 | COURTROOM MINUTES for proceedings held before Judge Raymond P. Moore: Sentencing held on 8/29/2022 as to Zachary Paul Anderson. Motions 32 and 39 are denied. Defendant sentenced as reflected on the record. Court Reporter: Tammy Hoffschildt. (cpear) (Entered: 08/29/2022) |
| 08/31/2022 | 45 | JUDGMENT as to defendant Zachary Paul Anderson (1). Count 1 - Committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of sixty (60) |

| | | |
|---|---|---|
| | | months, consecutive to the sentence imposed in United States District Court, District of Utah, Docket No. 2:18-CR-00486-001-DAK. Special Assessment of $100.00. Count 2 - Dismissed on motion of the Government. SO ORDERED by Judge Raymond P. Moore on 8/31/2022. (rmsec ) (Entered: 08/31/2022) |
| 08/31/2022 | 46 | STATEMENT OF REASONS as to Zachary Paul Anderson. (rmsec ) (Entered: 08/31/2022) |
| 09/09/2022 | 47 | NOTICE OF APPEAL as to 45 Judgment, by Zachary Paul Anderson. (Richilano, John) (Entered: 09/09/2022) |
| 09/12/2022 | 48 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 47 Notice of Appeal as to Zachary Paul Anderson to the U.S. Court of Appeals. ( CJA,) (Attachments: # 1 Preliminary Record, # 2 Docket Sheet)(sdunb, ) (Entered: 09/12/2022) |
| 09/12/2022 | 49 | USCA Case Number as to Zachary Paul Anderson 22-1282 for 47 Notice of Appeal filed by Zachary Paul Anderson. (sdunb, ) (Entered: 09/12/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/14/2022 12:34:45 | | | |
| **PACER Login:** | cr6012 | **Client Code:** | Anderson |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cr-00104-RM |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |