FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

September 21, 2022

———————————————

Christopher M. Wolpert
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ZACHARY PAUL ANDERSON,<br><br>Defendant - Appellant. | No. 22-1282<br>(D.C. No. 1:21-CR-00104-RM-1)<br>(D. Colo.) |

———————————————

**ORDER**

———————————————

Before **TYMKOVICH**, Chief Circuit Judge.

———————————————

This matter is before the court on two motions filed by attorney John Richilano—each captioned *Motion to Withdraw as Court-Appointed CJA* Counsel—in which Mr. Richilano seeks to withdraw as counsel for appellant Zachary Paul Anderson and asks the court to appoint substitute counsel for purposes of this appeal. The district court made the requisite finding of eligibility for the appointment of counsel pursuant to the Criminal Justice Act (CJA).

Upon consideration and as discussed in greater detail below, the court: (1) denies the motion to withdraw Mr. Richilano filed on September 14, 2022 as superseded by the motion to withdraw he filed on September 21, 2022; (2) grants the motion to withdraw Mr. Richilano filed on September 21, 2022; and (3) appoints CJA Panel member Ryan Villa to represent Mr. Anderson going forward. *See* 18 U.S.C. § 3006A.

First, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, the court appoints Mr. Richilano to represent Mr. Anderson, effective *nunc pro tunc* to the date Mr. Richilano filed the notice of appeal on Mr. Anderson's behalf and ending with the entry of this order. Mr. Richilano shall have no continuing obligations in this appeal except to: (a) forward to substitute counsel any materials in his possession that are pertinent to this appeal, including copies of any hearing or trial exhibits; and (b) transmit a copy of this order to Mr. Anderson.

Second, the court appoints Mr. Villa to represent Mr. Anderson going forward. *See* 18 U.S.C. § 3006A. Mr. Villa's contact information is:

> Ryan Villa
> Ryan J. Villa Law Office
> 5501 Eagle Rock Ave. NE, Suite C2
> Albuquerque, NM 87113
> Firm: 505/639-5709
> Direct: 505-639-5709
> Email: ryan@rjvlawfirm.com
> Fax: 505-433-5812

On or before October 3, 2022, Mr. Villa shall enter an appearance in this appeal on behalf of Mr. Anderson.

The court vacates the existing deadline to file a transcript order form or notice that no transcript is necessary. On or before October 12, 2022, Mr. Villa shall file: (a) a transcript order form or notice that no transcript is necessary for purposes of this appeal, *see* 10th Cir. R. 10.1 & 10.2; and (b) if warranted, a supplemental designation of record, *see* 10th Cir. R. 10.3. If Mr. Villa orders any transcripts, he must file a CJA 24 form in

the U.S. District Court for the District of Colorado and direct any questions regarding the filing of that form to the district court Clerk's Office.

Mr. Anderson's opening brief will be due 40 days from the date the record on appeal is filed in this court. *See* Fed. R. App. P. 31; 10th Cir. R. 11.2(A).

The court directs its Clerk to transmit a copy of this order to the Clerk of the U.S. District Court for the District of Colorado.

> Entered for the Court
> CHRISTOPHER M. WOLPERT, Clerk
>
> by: Lisa A. Lee
>     Counsel to the Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

September 21, 2022

Mr. Ryan Joseph Ricardo Villa
Ryan J. Villa Law Office
5501 Eagle Rock Ave. NE, Suite C2
Albuquerque, NM 87113

RE:   22-1282, United States v. Anderson
       Dist/Ag docket: 1:21-CR-00104-RM-1

Dear Counsel:

You have been appointed as counsel for appellant under the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal.

Effective July 20, 2015, all Tenth Circuit Appellate Criminal Justice Act ("CJA") vouchers must be prepared and submitted electronically via eVoucher. eVoucher is a nationally-supported, web-based solution for the preparation, submission, monitoring and approval of CJA vouchers. The Tenth Circuit's eVoucher database can be accessed by clicking here, or by pasting the following URL into your web browser:

https://evsdweb.ev.uscourts.gov/CJA_c10_prod/CJAeVoucher/

**For eVoucher Technical Support** please review the Court's eVoucher Resources Page (http://www.ca10.uscourts.gov/cja/evoucher), or contact the Clerk's Office at (303) 844-3157 or eVoucher@ca10.uscourts.gov.

**For substantive questions regarding the content of a voucher, required documentation, and related issues** please consult the Court's CJA Policies and Procedures Webpage (http://www.ca10.uscourts.gov/cja/tenth-circuit-and-national-cja-policies-and-procedures), or contact a CJA case analyst at (303) 844-5306 or CJA_Vouchers@ca10.uscourts.gov.

If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for writ of certiorari. If the client requests, and you believe a petition for writ of certiorari to be legally sound, you must file one with the Clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I. If you claim compensation on the CJA 20 voucher for services rendered

in petitioning for certiorari, you must attach a PDF copy of the petition in the "Documents" tab of your electronic voucher.

Please contact this office if you have questions.

            Sincerely,

            Christopher M. Wolpert
            Clerk of Court


cc:  Michael Conrad Johnson
   John M. Richilano


CMW/sds