IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:21-cr-00104-RM-1

UNITED STATES OF AMERICA

    Plaintiff,

v.

**ZACHARY PAUL ANDERSON,**

    Defendant.

_____

**SUPPLEMENTAL DESIGNATION OF RECORD**
_____

    Defendant Zachary Paul Anderson, by and through his attorney, John M. Richilano, hereby submits this Supplemental Designation of Record.

    In addition to the items identified on the docket sheet in the Designation of Record filed on September 14, 2022, the items identified below should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.

    The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

    1. <u>The entire transcript of the Change of Plea Hearing held November 22, 2021, filed on the docket in the district court on October 3, 2022 as Document Number 52.</u>

    Respectfully submitted this 14th day of October 2022.

2

*s/John M. Richilano*
Richilano Shea LLC
1800 15th Street, Suite 101
Denver, CO 80202
Telephone: (303) 893-8000
Email: jmr@richilanoshea.com
Attorney for Defendant Zachary Paul Anderson

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October 2022 I electronically filed the foregoing **SUPPLEMENTAL DESIGNATION OF RECORD** with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the following email
addresses:

**Daniel Robert McIntyre**
Email: daniel.mcintyre@usdoj.gov

**Albert C. Buchman**
al.buchman@usdoj.gov

*s/ Crystal Hendry*
Crystal Hendry