

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

December 7, 2022

Clerk  
U.S. Court of Appeals for the Tenth Circuit  
Byron White United States Courthouse  
1823 Stout Street  
Denver, CO  80257

RE:   USA v. Anderson

District Court Case No.  21-cr-00104-RM  
Court of Appeals Case No.  22-1282

Dear Clerk:

Enclosed please find the Record on Appeal in (3) three volume(s) which consist of the following:

Volume I         Pleadings  
Volume II        Sealed Pleadings  
Volume III       Restricted Transcripts (90 Day Restriction)

JEFFREY P. COLWELL, CLERK

By:  s/ T. Vo  
Deputy Clerk