**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**February 14, 2023**

_____

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ZACHARY PAUL ANDERSON,

    Defendant - Appellant.

No. 22-1282
(D.C. No. 1:21-CR-00104-RM-1)
(D. Colo.)

_____

**ORDER**

_____

This matter is before the court on appellant's motion to dismiss the captioned

appeal. The motion is granted. The appeal is dismissed pursuant to 10th Cir. R. 42.3(C).

A copy of this order shall stand as and for the mandate of this court.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk