UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

February 14, 2023

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Michael Conrad Johnson
Office of the United States Attorney
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

Mr. Ryan Joseph Ricardo Villa
Ryan J. Villa Law Office
5501 Eagle Rock Ave. NE, Suite C2
Albuquerque, NM 87113

**RE:**      **22-1282, United States v. Anderson**
               Dist/Ag docket: 1:21-CR-00104-RM-1

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/sds